AO 442 (Rev. 11/11) Arrest Warrant

F ID: 1122 1645

# UNITED STATES DISTRICT COURT
для
for the
District of Columbia

U.S. MARSHAL-DC PM1:12
RECEIVED JAN 8 '21

United States of America
v.
CLEVELAND GROVER MEREDITH, JR.

*Defendant*

)  Case: 1:21-mj-00017
)  Assigned to: Judge Harvey, G. Michael
)  Assign Date: 1/8/2021
)  Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CLEVELAND GROVER MEREDITH, JR.                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c)- Transmitting a Threat in Interstate Commerce
7 D.C. Code § 2502.01(a)- Possession of an Unregistered Firearm
7 D.C. Code § 2506 01(a)- Unlawful Possession of Ammunition

Date:   01/08/2021

G. Michael Harvey
2021.01.08
12:56:31 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC                          G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/8/2021 , and the person was ~~arrested~~ Received on *(date)* 1/8/2021 at *(city and state)* Washington DC . |
| Date: 1/8/2021                                  *~~Arresting~~ officer's signature*  Receiving  Christopher Schuessler, DUSM  *Printed name and title* |