U.S. Department of Justice
United States Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA   :

                        :

          V.                 :         Case No. 2021CRW000072

                        :

**Cleveland Meredith**        :

## O R D E R

1.  Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2.  It is the __14th__ day of __January 2021__ ORDERED:

3.  That if the defendant is released on bond that he or she be accompanied on

by ▉ ▉▉▉▉▉▉▉▉ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ▉▉▉▉▉▉

▉▉▉▉▉ for "routine processing," and that this be a condition of being released on bond :

4.  That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __The Metropolitan Police Department__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge ( U.S. Magistrate)

DOJ USA-16-80

USP LVN