## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **V.** | **Case No. 21-mj-017-GMH** |
| **CLEVELAND MEREDITH,** | |
| **Defendant.** | |

### <u>CONSENT MOTION TO CONTINUE PRELIMINARY HEARING</u>

Cleveland Meredith, by and through its attorney, respectfully files this Consent Motion to Continue the Preliminary Hearing in the above-captioned matter, currently scheduled for January 28, 2021 until a date after February 28, 2021.  In support thereof, Mr. Meredith states as follows:

1.  On January 8, 2021, Mr. Meredith was arrested and charged by Criminal Complaint with Transmitting a Threat in Interstate Commerce, in violation of 18 U.S.C. § 875(c), Possession of an Unregistered Firearm, in violation of 7 D.C. Code § 2502.01(a), and Unlawful Possession of Ammunition, in violation of 7 D.C. Code § 2506.01(a).  On January 14, 2021, this Honorable Court ordered that Mr. Meredith be detained pending trial.  A preliminary hearing was set for January 28, 2021.

2.  The government and counsel for the defendant have conferred, and are continuing to communicate in an effort to resolve this matter.

3.  The parties, therefore, would respectfully request that the preliminary hearing be continued until a date after February 28, 2021.  The parties agree that the interests and ends of justice are best served and outweigh the interests of the public and the defendant

1

in a speedy trial, and that this adjournment will allow the parties to continue

negotiations in an effort to achieve a resolution before trial.  Therefore, the parties agree

that pursuant to 18 U.S.C. § 3161, the time from January 28, 2021 through the next

court date shall be excluded in computing the date for speedy trial in this case.


Wherefore, the parties respectfully request that the Court continue the Preliminary

Hearing in this matter until February 28, 2021, or to a date after that date convenient to the

Court's calendar.

Respectfully submitted,

A.  J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC  20004
(202) 208-7500


Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 444418


By:     _____/s/_____
AHMED BASET
Assistant United States Attorney
Public Corruption & Civil Rights
Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252.7097

**<u>CERTIFICATE OF SERVICE</u>**

I, Ubong E. Akpan, certify that on this 25th day of January 2021, I caused a copy of the foregoing Consent Motion and Proposed Order to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.


                /s/
UBONG E. AKPAN
Assistant Federal Public Defender