# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **V.** | **Case No. 21-mj-017-GMH** |
| **CLEVELAND MEREDITH,** | |
| Defendant. | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is hereby

**ORDERED** that the parties shall appear for a Preliminary Hearing at 10:00 a.m. on March 1, 2021 by video conference before Judge Faruqui. It is further

**ORDERED** that pursuant to the representations made by the parties, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial. Pursuant to 18 U.S.C. § 3161, the time from January 28, 2021 through March 1, 2021 shall be excluded in computing the date for speedy trial in this case.

**SO ORDERED.**

Date: January 25, 2021

_____
The Honorable Judge G. Michael Harvey