UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-mj-00017-GMH |
| CLEVELAND GROVER : | |
| MEREDITH, JR : | |
| : | |
| DEFENDANT : | |
| : | |

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Ahmed Baset, who will be replacing Kelly Smith as the lead Assistant United States Attorney on the case.

Respectfully submitted,

DATED: January 25, 2021

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar 4444188

By: /s/ Ahmed M. Baset
AHMED M. BASET
Assistant United States Attorney
IL Bar Number 630-4552
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-834-5387
Email: ahmed.baset@usdoj.gov