NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                        Criminal Number  1:21-mj-00017

CLEVELAND GROVER MEREDITH, JR
              (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐  CJA          ☒  RETAINED          ☐  FEDERAL PUBLIC DEFENDER

_____
                    *(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Paul Kiyonaga, DC Bar 428624
            *(Attorney & Bar ID Number)*

Kiyonaga & Soltis, P.C.
            *(Firm Name)*

1827 Jefferson Place, NW
            *(Street Address)*

Washington, D.C.          20036
*(City)*          *(State)*          *(Zip)*

202-363-2776
            *(Telephone Number)*