**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| | **:** | **CASE: 21-mj-17 (GMH)** |
| **v.** | **:** | |
| | **:** | |
| **CLEVELAND GROVER MEREDITH, JR.,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE NOTICE the appearance in this action of Anthony L. Franks, United States Department of Justice, Assistant United States Attorney, the United States Attorney's Office, as counsel for the United States of America in place of Assistant United States Attorney Ahmed Baset.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

By:     /s/ *Anthony L. Franks*
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee
United States Attorney's Office
for the District of Columbia
Telephone No. (314) 539-3995
anthony.franks@usdoj..gov

## <u>CERTIFICATE OF SERVICE</u>

On this 17th day of February 2021, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.

/s/ *Anthony L. Franks*
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee
United States Attorney's Office
for the District of Columbia
Telephone No. (314) 539-3995
anthony.franks@usdoj..gov